Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra,* the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra.*

**No. 61025.**—M. Segerman and American Express Co. et al. *v.* United States, protests 45819–K, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra,* the claim for free entry under paragraph 1681 was sustained, except as to the following merchandise:

| Merchandise | Entry | Protest |
|---|---|---|
| "cat plates" | 97709 | 48882–K |
| "house cat plates" | 82601 | 97340–K |
| "Leopard cat plates" | " | " |
| "cat plates" | 82480 | 107489–K |
| " | 84312 | " |
| "white slink skins" | 49853 | 940791–G |

which was abandoned.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra.*

**No. 61026.**—Gutfur, Inc., and Schneider Bros. & Co. *v.* United States, protests 51693–K, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lamb-

skin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained, except as to merchandise invoiced as "domestic cat plates" on the invoice accompanying entry 7768, covered by protest 101913–K, which was abandoned.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

**No. 61027.**—Harry Schoenfeld and W. J. Byrnes & Co. of N. Y., Inc., et al. v. United States, protests 69853–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the items marked "K" consist of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and the items marked "L" of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

**No. 61028.**—Leo Werner and W. J. Byrnes & Co. of N. Y., Inc., et al. v. United States, protests 79227–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of kidskin plates the same in all material respects as those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802) and lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or C. D. 1802, *supra*, the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in C. D. 1480 and C. D. 1643, *supra*.

**No. 61029.**—General Shipping & Trading Co. and Moreno Tedeschi v. United States, protest 286941–K (New York).